HALLE BROS. CO. ET AL. *v.* UNITED STATES

**No. 7069.**—Invoices dated London, England, November 6, 1941, etc.
Entered at Cleveland, Ohio, December 23, 1941, etc.
Entry No. 350, etc.

(Decided March 24, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

DAVIDOW, INC., SPORTSWEAR ET AL. *v.* UNITED STATES

**No. 7070.**—Invoices dated London, England, December 19, 1945, etc.
Entered at New York, N. Y., February 21, 1946, etc.
Entry Nos. 739558; 1234.

(Decided March 24, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: The two appeals listed in schedule A, hereto attached and made a part hereof, present for my determination the question of whether or not the amount of a so-called British purchase tax should be included as a part of the dutiable values of the merchandise. In *United States* v. *Pitcairn*, C. A. D. 334, our appellate court held that the amount of said tax should not be included as a part of the dutiable values. Counsel have submitted these appeals upon an agreed statement of fact to the effect that the issues herein are similar in all material respects to the issues in *Pitcairn, supra,* and the record in that case has been admitted in evidence herein.

Upon the established facts and the law applicable, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.